UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 6, 2013

_____

RULE 45 NOTICE
DOCKETING FORMS

_____

No.   13-2248,   Masu Fahnbulleh v. Force Protection Industries
                 2:12-cv-00009-RMG

TO:    Masu Fahnbulleh

**FORMS DUE:** 11/21/2013

The court has not received the forms checked below which it previously directed be filed. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the required forms are filed (separately and electronically) in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[X] **Docketing statement - Civil or Agency** required

[X] **Disclosure of corporate affiliations** required

[X] **Appearance of counsel** required - Counsel must have completed electronic case filing [ECF] registration **prior to** filing an appearance.

 Amy L. Carlheim, Deputy Clerk
804-916-2702